**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, ) | LEAD CASE NO. 1:10-cv-00167 |
| ) | Consolidated Case No. 1:10-cv-00183 |
| Plaintiff, ) | |
| ) | Judge Timothy S. Black |
| vs. ) | |
| ) | |
| TRI-STATE TITLE, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| FIFTH THIRD MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHICAGO TITLE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF FIFTH THIRD MORTGAGE COMPANY AND
DEFENDANT/THIRD-PARTY PLAINTIFF CHICAGO TITLE
INSURANCE COMPANY'S CONSENT FINAL JUDGMENT ENTRY**

Plaintiff Fifth Third Mortgage Company ("Fifth Third") and Defendant/Third-Party Plaintiff Chicago Title Insurance Company ("Chicago Title") (jointly the "Parties") hereby agree and stipulate to the entry of this Consent Final Judgment Entry in the case captioned *Fifth Third Mortgage Company v. Chicago Title Insurance Company* (Case No. 1:10-cv-00167).

(1) On December 17, 2010, this Court entered an order granting Fifth Third's motion for summary judgment in its entirety. [Doc. No. 42 (the "Order").] In the Order, the Court found Chicago Title liable to Fifth Third on Fifth

4084562

Third's claims for breach of contract, declaratory judgment, and bad faith. The Court also dismissed Chicago Title's counterclaims against Fifth Third for rescission and declaratory judgment. The Order did not contain any ruling regarding the amount of Fifth Third's damages; and

(2) As a result, the only remaining issue in the dispute between Fifth Third and Chicago Title is the amount of Fifth Third's damages; and

(3) Fifth Third's total damages for all its claims are $800,000.00;

(4) Chicago Title disagrees with and objects to the Court's rulings in the Order; and

(5) Chicago Title agrees to this Consent Final Judgment Entry for the sole purpose of expediting its right of appeal and the parties agree that by consenting to this judgment that neither party has waived its right to appeal any issue and all appellate issues are expressly preserved; and

NOW, THEREFORE, a final judgment is hereby entered as follows:

A. Judgment in the amount of $800,000.00 is hereby awarded in favor of Fifth Third against Chicago Title. Notwithstanding 28 U.S.C. §1961, this judgment shall bear interest at the rate of 4% per annum from 12/17/2010. Any execution or collection on the judgment is hereby stayed, without the posting of bond, until all appeals between Fifth Third and Chicago Title have been finalized.

B. This Consent Final Judgment Entry resolves all of Fifth Third's and Chicago Title's claims against each other. Under Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay and that this is a final judgment.

**IT IS SO ORDERED AND ADJUDGED.**

Date: 7/11/11

Timothy S. Black
United States District Judge

4084562

STIPULATED AND AGREED:

Dated: July 8, 2011

| /s/ Kara A. Czanik | /s/ Robert J. Fogarty |
|---|---|
| John C. Greiner (0005551)<br>Harry W. Cappel (0066513)<br>Kara A. Czanik (0075165)<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, Ohio 45202-3157<br>Phone: (513) 629-2734<br>Fax: (513) 651-3836<br>Email: jgreiner@graydon.com<br>hcappel@graydon.com<br>kczanik@graydon.com<br><br>Attorneys for Plaintiff Fifth Third Mortgage Company | Robert J. Fogarty (0006818)<br>Derek E. Diaz (0069755)<br>Justin M. Croniser (0079462)<br>HAHN LOESER & PARKS LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114<br>Phone: (216) 621-0150<br>Fax: (216) 241-2824<br>Email: rjfogarty@hahnlaw.com<br>ddiaz@hahnlaw.com<br>jcroniser@hahnlaw.com<br><br>Attorneys for Defendant/Third-Party Plaintiff Chicago Title Insurance Company |

4084562